**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 259 WAL 2020
　　　　　　　　　　　　　　　　　　:
　　　　　　　　Respondent　　　　　:
　　　　　　　　　　　　　　　　　　: Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　: from the Order of the Superior Court
　　　　　　　　v.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
RICARDO L. NOBLE,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner　　　　　　:

**ORDER**

**PER CURIAM**

　　　　**AND NOW**, this 7th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.